UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20125-CIV-LENARD/TURNOFF

**PRIVATE JET SERVICES GROUP, INC.**,

    **Plaintiff**,

vs.

**FALCON AIR EXPRESS, INC. d/b/a UFLY AIRWAYS,**,

    **Defendant.**

_____/

## MEDIATION REPORT

    In accordance with S.D. Fla. L.R. 16.2(f)(1), the undersigned mediator reports that on August 18, 2010, a mediation conference was held, all required parties were present, and the case settled.

    **I hereby certify** that on August 18, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  August 18, 2010          Respectfully submitted,
         Miami, Florida

                                                    _s/_   Brian F. Spector
                                                    Brian F. Spector
                                                    E-mail brian@bspector.com
                                                    Mediator # 19519R – Florida Bar # 261254
                                                    BRIAN F. SPECTOR, LLC
                                                    Post Office Box 566206
                                                    Miami, Florida 33256-6206
                                                    Telephone 305.666.1664
                                                    Facsimile 305.661.8481

# SERVICE LIST

*Private Jet Services Group, Inc. v. Falcon Air Express, Inc.*
Case No. 09-20125-Civ-Lenard/Turnoff
U.S. District Court, S.D. Fla.

| | |
|---|---|
| Kenneth W. Waterway, Esq. | Jorge L. Piedra, Esq. |
| ken.waterway@sdma.com | jpiedra@piedralaw.com |
| Jeannine C. Jacobson, Esq. | William G. Essig, Esq. |
| jeannine.jacobson@sdma.com | wessig@piedralaw.com |
| Sedgwick, Detert, Moran & Arnold, LLP | Piedra & Associates, P.A. |
| 2400 East Commercial Boulevard | Grove Professional Building |
| Suite 1100 | 2950 Southwest 27th Avenue, Suite 300 |
| Fort Lauderdale, Florida 33308-3092 | Miami, Florida 33133 |
| Telephone 954.958.2500 | Telephone 305.448.7064 |
| Facsimile 954.958.2513 | Facsimile 305.448.7085 |
| **Attorneys for Plaintiff Private Jet Services Group, Inc.** | **Attorneys for Defendant Falcon Air Express, Inc.** |
| **Served Via CM/ECF Generated NEF** | **Served Via CM/ECF Generated NEF** |

Page 2 of 2

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com